UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.  1:19-cr-00325-TWP-MJD |
| | ) | |
| DARRELL COLE, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On March 28, 2023, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on December 30, 2022 and granted on January 3, 2023.  [Dkt. Nos. 65 and 66.]  Defendant, Darrell Cole appeared in person with his appointed counsel Gwendolyn M. Beitz.  The government appeared by William L. McCoskey, Assistant United States Attorney.  U. S. Parole and Probation appeared by Officer, James H. Thomas.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

    1.    The Court advised Defendant of his rights and provided him with a copy of the petition.  Defendant orally waived his right to a preliminary hearing.

    2.    After being placed under oath, Defendant admitted violation numbers 1 and 2.  [Dkt. Nos. 65 and 66.]

    3.    The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The first 120 days on supervised release to be served at a residential reentry center. You shall abide by the rules and regulations of the facility."** |
| | Mr. Cole began residency at the Volunteers of America (VOA) on November 25, 2022. On December 28, 2022, this officer was advised Mr. Cole was found in possession of contraband on December 25, 2022, which in included a "joint" and a "green leafy substance." Further field testing of the substance using a Marquis Reagent Testing Kit by staff at the VOA returned positive for methamphetamine and MDMA (Ecstasy). |
| | On December 29, 2022, this officer was again advised Mr. Cole was found "passed out" in the facility restrooms. The incident report indicates he had to be woken up by staff and appeared to be under the influence of a drug. Mr. Cole rendered a drug test at the request of staff and as of this writing the result remains pending. Additionally, after being confronted by this officer for his noted conduct earlier in the day, a second report was received that afternoon indicating Mr. Cole was again found in possession of what was believed to be "spice." |
| | On December 30, 2022, Mr. Cole was evicted from the Volunteers of America facility due to his ongoing violation of program rules.. |
| 2 | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."** |
| | As noted above Mr. Cole was found in possession of contraband. On December 29, 2022, when confronted by this officer Mr. Cole admitted to possessing and consuming what he believed to be "spice," a synthetic marijuana, on December 25 and 29, 2022. He has denied any knowledge or use of other illicit drugs. |

4. The parties stipulated that:

   (a)   The highest grade of violation is a Grade C violation.

   (b)   Defendant's criminal history category is IV.

      (c)      The range of imprisonment applicable upon revocation of supervised release, therefore, is 6 to 12 months' imprisonment.

5.      The parties jointly recommended a sentence of 13 months' imprisonment with no supervision to follow. The parties justify this 13 months' imprisonment, which exceeds the Grade C guideline range of 6 to 12 months' imprisonment, due to Defendant's failures to abide by the supervision guidelines provided by this Court and Defendant's probation officer.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 13 months' imprisonment with no supervision to follow.

Defendant, Darrell Cole is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation. The Magistrate Judge will make a recommendation of placement at the Federal Correctional Institution in Milan, Michigan. The Defendant has requested not to be placed at United States Penitentiary, Marion, Illinois.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 3/29/2023

                                                          Tim A. Baker
                                                          United States Magistrate Judge
                                                          Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system